GALLAGHER KANE AMAI & REYES
Attorneys at Law, A Law Corporation

LEAH M. REYES             7463-0
LAHELA H.F. HITE          9418-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. 531-2023
Email: lreyes@insurlawhawaii.com
Email: lhite@insurlawhawaii.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NICOLETTE MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; DOE DEFENDANTS 1-100,<br><br>Defendants. | CIVIL NO. CV 23-00425-HG-WRP<br>(Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br>TRIAL DATE:   February 25, 2025 |

STIPULATION FOR DISMISSAL
WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NICOLETTE MORGAN ("Plaintiff") and Defendant ALLSTATE INSURANCE COMPANY ("Defendant"), by and through their respective counsel,

that the Complaint, filed in the Circuit Court of the First Judicial Circuit for the State of Hawaii, on September 7, 2023, which was removed to this Court on October 17, 2023 (see Dkt. No. 1), and any and all other remaining claims, counterclaims, and/or cross-claims filed herein are hereby dismissed with prejudice as to all parties. Each party is to bear its own costs and attorneys' fees in connection with this litigation and this stipulation. This Stipulation for and Notice of Dismissal is made pursuant to Rules 41(a)(1)(A) and (B) and 41(c) of the Federal Rules of Civil Procedure, and has been signed by counsel for all appearing parties. No other claims and/or parties remain in this action. The settlement conference date of August 27, 2024, and trial date of February 25, 2025, and all pretrial deadlines are hereby vacated. There are no pending motions. There are no remaining claims or parties.

DATED: Honolulu, Hawaii, August 21, 2024.

/s/ Bruce H. Wakuzawa
BRUCE H. WAKUZAWA
 *Attorney for Plaintiff*
 NICOLETTE MORGAN


/s/ Lahela H. F. Hite
LEAH M. REYES
LAHELA H. F. HITE
 *Attorneys for Defendant*
 ALLSTATE INSURANCE COMPANY

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, August 26, 2024.

Helen Gillmor
United States District Judge

---

*Nicolette Morgan v. Allstate Insurance Company; Civil No. CV 23-00425-HG-WRP*; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER